In the Interest of C.H., Plaintiff.

JUVENILE OFFICER, Respondent,

v.

V.H., Natural Father, Appellant.

No. WD 51750.

Missouri Court of Appeals,
Western District.

June 18, 1996.

Karen A. Zambri, Kansas City, for appellant.

Lori Stipp, Kansas City, for respondent.

Before FENNER, C.J., P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from termination of parental rights.

Judgment affirmed. Rule 84.16(b).